AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shannon, Brendan L. | United States Bankruptcy Court, District of Delaware | ~~05/05/2012~~ 01/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801-3024

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Neighborhood civic association, volunteer position |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2012 AUG 28 A 10:08 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | ~~05/05/2012~~ <br> 01/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME <br> (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Wages as adjunct professor at St. John's University Law School | $7,000.00 |
| 2. 2011 | Wages as adjunct professor at Widener University Law School | $16,500.00 |
| 3. ▆ | ▆▆▆▆▆▆▆▆▆▆▆ | ▆▆ |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | wages as substitute teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's University | 3/18/11 - 3/19/11 | New York, New York | educational activities exclusive of judicial education | transportation, lodging, food |
| 2. | St. John's University | 4/1/11 - 4/2/11 | New York, New York | educational activities exclusive of judicial education | transportation, lodging, food |
| 3. | American Bankruptcy Institute | 8/4/11 - 8/6/11 | Hershey, PA | Non-FJC educational seminar program | transportation, lodging, food |
| 4. | St. John's University | 11/4/11 - 11/5/11 | New York, New York | educational activities exclusive of judicial | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | ~~05/05/2012~~ 01/10/2013 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | ~~05/05/2012~~<br>01/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 05/05/2012 01/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | M & T Bank X | A | Interest | J | T | | | | | |
| 2. | Wilmington Trust Co. Y | | None | | | | | | | |
| 3. | Vanguard Prime Money Market Fund | A | Int./Div. | L | T | Redeemed (part) | 1/3/11 | J | A | self |
| 4. | | | | | | Redeemed (part) | 2/1/11 | J | A | self |
| 5. | | | | | | Buy (add'l) | 4/7/11 | J | | self |
| 6. | | | | | | Buy (add'l) | 4/12/11 | J | | self |
| 7. | | | | | | Buy (add'l) | 7/29/11 | J | | self |
| 8. | | | | | | Redeemed (part) | 1/11/11 | J | A | self |
| 9. | | | | | | Redeemed (part) | 1/11/11 | J | A | self |
| 10. | | | | | | Redeemed (part) | 1/13/11 | J | A | self |
| 11. | | | | | | Redeemed (part) | 1/13/11 | J | A | self |
| 12. | | | | | | Buy (add'l) | 7/29/11 | J | | self |
| 13. | | | | | | Redeemed (part) | 8/2/11 | J | A | self |
| 14. | | | | | | Redeemed (part) | 8/2/11 | J | A | self |
| 15. | | | | | | Buy (add'l) | 12/28/11 | K | | self |
| 16. | Vanguard Intermediate Term Tax Exempt Fund, Admiral Shares | E | Dividend | N | T | | | | | |
| 17. | | | | | | Buy (add'l) | 1/31/11 | J | | self |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | ~~05/05/2012~~ 01/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 2/28/11 | J | | self |
| 19. | | | | | Buy (add'l) | 3/31/11 | J | | self |
| 20. | | | | | Buy (add'l) | 4/29/11 | J | | self |
| 21. | | | | | Buy (add'l) | 5/31/11 | J | | self |
| 22. | | | | | Buy (add'l) | 6/30/11 | J | | self |
| 23. | | | | | Buy (add'l) | 7/29/11 | J | | self |
| 24. | | | | | Buy (add'l) | 8/31/11 | J | | self |
| 25. | | | | | Buy (add'l) | 09/30/11 | J | | self |
| 26. | | | | | Buy (add'l) | 10/31/11 | J | | self |
| 27. | | | | | Buy (add'l) | 11/30/11 | J | | self |
| 28. | | | | | Buy (add'l) | 12/30/11 | J | | self |
| 29.   Vanguard Health Care Fund | C | Dividend | L | T | | | | | |
| 30. | | | | | Buy (add'l) | 12/16/11 | J | | self |
| 31. | | | | | Buy (add'l) | 12/16/11 | J | | self |
| 32.   Vanguard Total International Stock Index Fund | D | Dividend | M | T | | | | | |
| 33.   Vanguard Total Stock Market Index Fund, Admiral Shares | D | Dividend | O | T | | | | | |
| 34. | | | | | Buy (add'l) | 3/24/11 | J | | self |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 05/05/2012 01/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/23/11 | J | | self |
| 36. | | | | | Buy (add'l) | 9/22/11 | J | | self |
| 37. | | | | | Buy (add'l) | 12/20/11 | J | | self |
| 38. | | | | | Redeemed (part) | 12/28/11 | K | A | self |
| 39. Vanguard Prime Money Market Fund, IRA | A | Dividend | L | T | | | | | |
| 40. Vanguard Diversified Equity Fund, IRA | B | Dividend | M | T | | | | | |
| 41. | | | | | Buy (add'l) | 12/29/11 | J | | self |
| 42. Vanguard Total International Stock Index Fund, IRA | A | Dividend | K | T | | | | | |
| 43. Total Bond Market Index Fund | B | Dividend | L | T | | | | | |
| 44. Fidelity International Small Cap Opportunities Fund X | | None | | | Redeemed | 3/31/11 | K | | self |
| 45. Fidelity Contrafund | A | Int./Div. | K | T | | | | | |
| 46. Fidelity Low Priced Stock Fund | C | Dividend | L | T | | | | | |
| 47. | | | | | Buy (add'l) | 9/9/11 | J | | self |
| 48. Fidelity Low Priced Stock Fund, IRA | A | None | K | T | | | | | |
| 49. Fidelity Education Account (1) | A | Int./Div. | L | T | | | | | |
| 50. Fideltiy Education Account (2) | A | Int./Div. | L | T | | | | | |
| 51. Fidelity Education Account (3) | A | Int./Div. | L | T | | | | | |
| 52. Rental Property Monroe County PA | C | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | ~~05/05/2012~~ 01/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All of the Fidelity and Vanguard mutual funds, other than IRAs and Education Accounts, listed in Section VII are

All of the Fidelity 529 Plan accounts listed in Section VII. lines 50 through 52, are for the benefit of                    are the named beneficiaries of those accounts. Further, all of these accounts are age based accounts over which I do not have control of investment choices.

In Section VII., M&T Bank has been added and Wilmington Trust Company has been marked with an X  During 2011, the two banks merged and M&T took over all existing WTC accounts including         checking account. Therefore, the WTC account no longer exists and has been replaced by the M&T account.

In Sectin VII, Vanguard Morgan Growth Fund has been marked with an X as all shares in that     account were sold and redeemed in 2010.  The account no longer exists.

Fidelity International Small Cap Opportunities Fund was redeemed in full on 3/31/11 by the owners.                    ', and no longer exists as an asset.

At VII, lines 50- 52, no income is reported as all 3 accounts decreased in value over the course of the year and there were no reportable transactions on any of the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan L. Shannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544